IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOHO CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>ABOY STORE *et al.*,<br><br>    Defendants. | Civil Action No. 25-cv-6280-JPB |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Toho Co. Ltd. ("Plaintiff"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, respectfully moves for a default judgment as to the Defendants who have been served with process but have failed to reply to the Complaint.

Based on the admissions by default of the factual allegations in the Complaint, Plaintiff seeks a default judgment (1) holding Defendants jointly and severally liable for copyright infringement as alleged in the Complaint, (2) finding the infringement was willful, (3) awarding statutory damages of $50,000 per defaulting defendant; and (4) issuing a permanent injunction.

In support of this Motion, Plaintiff submits the accompanying Brief and proposed judgment.

Dated: February 1, 2026                    Respectfully submitted,

                                          */s/ David M. Lilenfeld*

2

>David M. Lilenfeld
>Georgia Bar No. 452399
>**WHITEWOOD LAW PLLC**
>5555 Glenridge Connector, Suite 200
>Atlanta, GA 30342
>Telephone: (917) 858-8018
>Email: david@whitewoodlaw.com
>
>Abby Neu, *pro hac vice*
>Georgia Bar No. 200207
>**WHITEWOOD LAW PLLC**
>5555 Glenridge Connector, Suite 200
>Atlanta, Ga. 30342
>Telephone: (872) 294-3263
>Email: aneu@whitewoodlaw.com
>
>*Counsel for Plaintiff*