# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TOHO CO., LTD., | |
| Plaintiff, | Civil Action No. 25-cv-6280-JPB |
| v. | |
| ABOY STORE *et al.*, | |
| Defendants. | |

## PLAINTIFF'S BRIEF IN SUPPORT OF
## ITS MOTION FOR DEFAULT JUDGMENT

Toho Co., Ltd, files this Brief in Support of its Motion for Default Judgment and states as follows:

## I.  Introduction

This is a lawsuit for copyright infringement brought by Plaintiff Toho Co. Ltd. ("Plaintiff") against a group of interrelated defendants selling merchandise that infringed Plaintiff's intellectual property rights. Plaintiff respectfully requests that it be awarded [1] $50,000 in statutory damages per Defendant for copyright infringement, and that a permanent injunction be entered against Defendants.

---

[1] A breakdown of the specific damages to be awarded against each individual Defendant is attached as Exhibit B to the Proposed Default Judgment.

A.    **Statement of Facts**

Plaintiff Toho Co., Ltd. is a leading Japanese film, theater production and distribution company with a principal place of business at 1-2-2 Yurakucho, Chiyoda-ku, Tokyo, Japan 100-8415.

Toho's most well-known creation is Godzilla, a prehistoric reptilian monster awakened and powered by nuclear radiation. Godzilla was introduced by TOHO in 1954 and the Godzilla franchise has been recognized by the Guinness Book of World Records as the longest continuously running movie franchise worldwide. The popularity of the films has led to the franchise expanding to other media, such as television, music, literature and video games. The Godzilla brand has become one of the most recognizable symbols of Japanese pop culture worldwide. TOHO develops, markets, sells and distributes GODZILLA products. TOHO is the official source of GODZILLA products. Dkt. 2-2, ¶4.

This action has been filed to combat online copyright infringers who trade upon Plaintiff's reputation and goodwill and valuable intellectual property by selling and/or offering for sale GODZILLA Products in connection with the federally registered GODZILLA copyrights.

Plaintiff is the owner of Copyright Registration Nos. LP0000035483; LP0000037134; PA0000152333; PA0000152334; PA0000152335; PA0000157725; PA0000172648;      PA0000187943;      PA0000276046;      PA0000326389;

2

PA0000382929;        PA0000382931;        PA0000426964;        PA0000465312;

PA0000595595;        PA0000782264;        PA0000785448;        PA0000796964;

PA0000796965;        PA0000796966;        RE0000889807;        PA0000967584;

PA0001035743;        PA0001036332;        PA0001151212;        PA0001195981;

PA0001232751;    PA0001265507;    PA0001275513;    PA0001372864;    and

PA0002049886 (collectively the "GODZILLA Works"). Dkt. 2-2, ¶6.

Plaintiff has invested substantial time, money, and effort in building up, developing, advertising, and otherwise promoting the GODZILLA Works. As a result, products associated with the GODZILLA Works are recognized and exclusively associated by consumers and the public as being products sourced from Plaintiff. Dkt. 2-2, ¶10.

## B.    Defendants' Unlawful Activities

The success of the GODZILLA Works has resulted in its significant counterfeiting.  Dkt. 2-2, ¶6.  Consequently, Plaintiff is implementing an anti-counterfeiting and anti-infringing program and is investigating suspicious websites and online marketplace listings identified through external vendors in proactive Internet sweeps. Dkt. 2-2, ¶6.

Plaintiff has identified numerous online marketplace accounts linked to the Seller Aliases which were offering for sale, selling and importing the Infringing Products to consumers in this Judicial District and throughout the United States. Dkt.

3

2-2, ¶6. Despite Plaintiff's enforcement efforts online, Defendants have persisted in creating the Seller Aliases.

### C.    Procedural History

On November 5, 2025, the Court entered an order allowing Plaintiff to serve Defendants electronically. Dkt. 10. After obtaining email addresses from third-parties who provide services to Defendants, Plaintiff served Defendants by email on November 21, 2025. Dkt. 17. After a notice and a hearing, the Court entered a preliminary injunction against Defendants on December 4, 2025. Dkt. 20. During the course of this case various Defendants have been dismissed from the case. The only remaining Defendants are those who have not appeared or otherwise defended against this action. As to the non-appearing Defendants, the Clerk entered default on January 29, 2026.

Plaintiff now moves for Default Judgment against the non-appearing Defendants included in Exhibit A to the Proposed Default Judgment submitted herewith.

## II.    Citation to Law and Argument

### A.    Default Judgment Is Appropriate

A default judgment is appropriate when there is a sufficient basis for the claims contained in the well-pleaded allegations of the complaint. *Frazier v. Absolute Collection Serv., Inc.*, 767 F. Supp. 2d 1354, 1362 (N.D. Ga. 2011). A

defaulting defendant is deemed to admit the plaintiff's well-pleaded factual allegations. *Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975).

Here, because Defendants failed to answer or otherwise respond to the Complaint, all well-pleaded factual allegations are deemed admitted. Fed. R. Civ. P. 8(b)(6). Furthermore, the Court has already tested the allegations in the Complaint and found them sufficient well-pleaded such that it has already issued a preliminary injunction. Dkt. 26.

## B. Defendants Are Liable for Copyright Infringement

Plaintiffs have asserted a claim of copyright infringement against Defaulting Defendants.

To establish *prima facie* copyright infringement, the two elements that must be proven are (1) ownership of a valid copyright, and (2) copying of constituent elements of a work that are original. *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 361 (1991).

"[I]t is well-settled that ownership of the copyright is demonstrated through compliance with the formalities of registration," particularly when the opposing party offers no contradictory evidence. *Lifetime Homes, Inc. v. Residential Development Corp.*, 510 F. Supp. 2d 794, 801 (M.D. Fla. 2007) (citing *Donald Frederick Evans & Assoc., Inc., v. Cont'l Homes, Inc.*, 785 F.2d 897, 903 (11th Cir.

1986)). Additionally, a court may judicially notice U.S. Copyright Office records under Federal Rule of Evidence 201. *Frazetta v. Vanguard Prods., LLC*, 716 F. Supp. 3d 1265, 1273 (M.D. Fla. 2024).

As to the first element, the Complaint alleges that Plaintiff is the owner of the GODZILLA Works. Complaint ¶7. The registrations, which were included as Exhibit 1 to the Complaint, identify Plaintiff as the copyright owner for the GODZILLA Works.

Thus, Plaintiff has established the first element of its copyright infringement claim.

As to the second element, the Complaint alleges Defendants created online stores offering Infringing Products that incorporated the GODZILLA Works and includes as an exhibit screenshots demonstrating Defendants' infringing conduct. Complaint, ¶¶13-34, Exhibit 2.

Taken together, these well-pleaded factual allegations establish that Defendants engaged in copyright infringement. Plaintiff has therefore sufficiently pleaded its copyright infringement claim, and entry of default judgment on this count is warranted.

## C.    Defendants' Copyright Infringement Was Willful

Copyright infringement is willful when the defendant "knows its actions constitute an infringement or acts with reckless disregard for the copyright holder's

rights." *Cable/Home Commc'ns Corp. v. Network Prods., Inc.*, 902 F.2d 829, 848 (11th Cir. 1990) and *Yellow Pages Photos, Inc. v. Ziplocal, LP*, 795 F.3d 1255, 1272 (11th Cir. 2015). Direct proof is rarely available, so intent and knowledge may be inferred from conduct such as concealment, continued sales after notice, or use of aliases. *Cable/Home* at 851.

The Complaint contains facts supporting a finding of willfulness. Defendants "created numerous Internet Stores" designed to appear to sell authorized products while selling Infringing Products. Complaint ¶15. The Complaint further alleges Defendants "share unique identifiers," use "aliases," "conceal both their identities and the full scope of their illegal operations," and "go to great lengths" to hide their activities. Complaint ¶¶ 16, 26, 32-33. Concealment and use of false identities are classic indicia of knowing, intentional infringement as are the transfer of funds through payment gateways to avoid detection. Financial concealment and use of offshore banking also reflect willful evasion and bad faith.

Together, these facts show knowing, deliberate infringement. On default, these unrebutted allegations are taken as true. *Tyco Fire & Sec. v. Alcocer*, 218 F. App'x 860, 863 (11th Cir. 2007) (establishing willful infringement as a matter of law).

### D.    The Court Should Award Statutory Damages

The Copyright Act provides for statutory damages for infringement. Under Section 504(c), a court may award up to $30,000 per infringement if unintentional and up to $150,000 per infringement if found to be willful. As the Supreme Court has previously observed, "[e]ven for uninjurious and unprofitable invasions of copyright" the court may "impose a liability within statutory limits to sanction and vindicate the statutory policy" of protecting intellectual property. *F. W. Woolworth Co. v. Contemporary Arts, Inc*., 344 U.S. 228, 233 (1952).

Because the case involves clearly willful infringement, Plaintiff requests that it be awarded statutory damages in the amount of $50,000 against each defaulting Defendant.

Awarding $50,000 in statutory damages is in line with other cases with similar facts. *See Smiley Company SPRL v. Individuals, Partnerships & Unincorporated Ass'ns (Schedule "A")*, No. 23-22352 (S.D. Fla. Apr. 26, 2024) (court granted default judgment, issued a permanent injunction, and awarded $55,000 statutory damages per defaulting defendant); *ZURU (Bunch O Balloons) v. Temu Sellers*, No. 23-22665 (S.D. Fla. Dec. 22, 2023) (default judgment and permanent injunction, plus statutory damages of $100,000 per defaulting defendant); *TWOWS, LLC v. Individuals, Partnerships & Unincorporated Ass'ns*, No. 8:23-cv-00139 (M.D. Fla.

2024) (awards statutory damages and permanent injunction, noting willfulness allows up to $150,000 per work).

In conclusion, Plaintiff respectfully requests that it be awarded $50,000 in statutory damages for Defendants' infringement of the GODZILLA Works.

### E.    Plaintiff Is Entitled To A Permanent Injunction

A permanent injunction is authorized under 17 U.S.C. Section 502(a) and is routinely considered necessary in intellectual property cases, especially where the defendants' infringement is willful and likely to continue. *See Cable/Home Commc'ns Corp. v. Network Prods., Inc.*, 902 F.2d 829, 848 (11th Cir. 1990) (upholding permanent injunction where infringement was willful); *Arista Records, Inc. v. Beker Enterprises, Inc.*, 298 F. Supp. 2d 1310, 1314 (S.D. Fla. 2003) (default judgment warranted permanent injunction to prevent further violations).

To obtain permanent injunctive relief, a plaintiff must demonstrate (1) irreparable injury, (2) no adequate remedy at law, (3) a balance of hardships favoring the plaintiff and (4) that the public interest would not be disserved. *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006) and *Pacific & Southern Co. v. Duncan*, 744 F.2d 1490, 1499 (11th Cir. 1984).

#### 1.    *Irreparable Injury*

Plaintiff has alleged and proven that through online storefronts, Defendants sold and can continue to sell Infringing Products that unlawfully utilize the

GODZILLA Works, and that Defendants conceal their identities through aliases and foreign accounts. Complaint ¶¶ 15–33. The ongoing loss of control over its intellectual property and associated goodwill constitutes irreparable harm that cannot be quantified in money damages. *See Sony Music Ent. v. Global Arts Prods.*, 45 F. Supp. 2d 1345, 1347 (S.D. Fla. 1999).

### 2.    *Inadequate Remedy At Law*

Monetary relief alone will not stop the infringement because Defendants operate anonymously, can quickly reopen new storefronts, and routinely evade enforcement. Complaint ¶¶ 29-30. Thus, future violations are likely absent an ongoing directive from the Court.

### 3.    *Balance of Hardships*

The balance strongly favors Plaintiff. Defendants have no legitimate interest in continuing to sell counterfeit or infringing products, while Plaintiff faces continuing damage to its brand and exclusive rights each day infringement persists. *See Coach, Inc. v. Swap Shop, Inc.*, 916 F. Supp. 2d 1271, 1282 (S.D. Fla. 2012).

### 4.    *Public Interest*

The public has a compelling interest in the protection of intellectual-property rights and in preventing consumer deception. *See Twentieth Century Fox Film Corp. v. Stonesifer*, 140 F. Supp. 2d 1137, 1143 (C.D. Cal. 2001). Enjoining these online infringers promotes lawful commerce and deters future misconduct.

### 5. *Scope of Injunctive Relief*

The injunction should permanently prohibit Defendants and all persons acting in concert with them from reproducing, distributing, advertising, or selling any goods bearing or derived from the GODZILLA Works, and should require destruction of infringing goods under 17 U.S.C. §503(b). Because Defendants control their own product listings and can easily comply, the injunction imposes no undue burden.

Accordingly, Plaintiff respectfully requests that the Court include in its Default Judgment a Permanent Injunction in the form set forth in the accompanying proposed order, restraining further infringement of the GODZILLA Works and ordering destruction of infringing articles.

## III. <u>Conclusion</u>

Plaintiff respectfully requests that a default judgment be entered. A proposed Order is filed herewith.

Dated: February 1, 2026                                  Respectfully submitted,

<u>/s/ David M. Lilenfeld</u>
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

11

Abby Neu, *pro hac vice*
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, Ga. 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), counsel certifies that the foregoing document complies with one of the font type and size selections approved by the Court in L.R. 5.1(C): Times New Roman 14-point font.

*/s/ David M. Lilenfeld*
David M. Lilenfeld

## EXHIBIT A

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 1 | ABoy Store | Amazon | A1XQ4TXUJPIJOL |
| 2 | Accessories Deale | Amazon | A2RX4FEVB0EDI8 |
| 3 | ADULT-US | Amazon | A2UBE1NG3PHZDA |
| 4 | AHenSY | Amazon | A1R23956G2D67S |
| 5 | aladingzhh | Amazon | A12B55NP4OHEH6 |
| 6 | American Cheng | Amazon | A2QGLXZSS4685V |
| 7 | Andong Clothing Store | Amazon | A4JZ3PED8E6UW |
| * | DISMISSED | DISMISSED | DISMISSED |
| 9 | Ao Chen Kai Trading Co. | Amazon | A1KFGJ4Y63PIJD |
| 10 | aokuolsm | Amazon | A2YJ5FEZV8SAWL |
| 11 | ATVPDKI12 | Amazon | A2W0L2JGZO48N5 |
| 12 | Bao Feng Shop | Amazon | A2CGY10UCE3GFY |
| 13 | BEAUTIGO | Amazon | A21P7NDB43QWU2 |
| 14 | ben13luof | Amazon | A3VDC5EHQP7S4Z |
| * | DISMISSED | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED | DISMISSED |
| 17 | Bingbing CSD | Amazon | A3AZTOR9J8WIF6 |
| 18 | BISHENG STORE | Amazon | A1N8E5XVCROBN9 |
| 19 | BoHanWangLuo | Amazon | AGIXL982RXYIP |
| 20 | BOOLIN YAEH | Amazon | AUYPHE6GVU1RD |
| * | DISMISSED | DISMISSED | DISMISSED |
| 22 | BYFUSHI | Amazon | A2RZVBKJHIIS6M |
| 23 | CANDLE | Amazon | A17LCQFX3K8TH6 |
| 24 | cannot be compared | Amazon | A25N7J1TO12DUA |
| 25 | ccessories123 | Amazon | ASV6FEC9RFP2O |
| 26 | changshujiazhianshangmaoyo uxiangongsi | Amazon | A1KA0VCGIAMMPR |
| 27 | Changzhishilufeijiajuyouxian gongsi | Amazon | ARC6W3Q0V6VPB |
| 28 | chengwang shangmao | Amazon | AIL6M3UB163ZH |
| 29 | CHENMEI YOUPIN | Amazon | A1QOO3VOTP1OBQ |
| 30 | ChenOuDianZiKeJiYouXian GongSi | Amazon | A1WZZCWCQK581F |
| 31 | Chenweiji | Amazon | AQU3SHHNIZP8K |
| 32 | CHESHELUBO | Amazon | A248XFAVR3O773 |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 33 | chifengzengruishangmaoy | Amazon | A2PUDMR97X7JWQ |
| 34 | ChiXuanQiCheZuLin | Amazon | A2QVJ3BSWZOO1M |
| 35 | chongqingshengliyuanzhuang shigongchengyouxiangongsias | Amazon | A2U1B2PSM7D29S |
| 36 | CHUKIWIS | Amazon | A1A3RET6L2LAJN |
| 37 | CHUKIWIS Wall Art | Amazon | ABLA8RJW86RA4 |
| 38 | cifangzhishangmaoyouxiangongsi | Amazon | AT2B7729Q6ZPA |
| * | DISMISSED | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED | DISMISSED |
| 41 | CQYitaoshangmao | Amazon | A22T8X0ZIH3KEQ |
| 42 | Crab Walk | Amazon | A3R423SEI7PQQ7 |
| 43 | cry | Amazon | A3HIANEG2CD3UA |
| 44 | Cuytics | Amazon | A1435O3Q86G2Y |
| 45 | DAI-BI YAO | Amazon | A32TBXWYI7EIPC |
| 46 | Daliu Business 123 | Amazon | A1VTA8XSHXXJLT |
| 47 | Demon Slayer | Amazon | ASAEF83NGWPN1 |
| 48 | dengweng | Amazon | AU07RKCX4DUVL |
| 49 | dianxian | Amazon | AB6COECGKY1YQ |
| 50 | DNDstore | Amazon | A1KB4PO068SHWT |
| 51 | DPOWR | Amazon | A1OC8M4SKON6W3 |
| 52 | Dressbar | Amazon | ADFHOO9Y7T2R8 |
| 53 | dscxzvSHOP | Amazon | A3SOT43WL6QIQT |
| 54 | Duanshenyou | Amazon | AL5F3KNICA86G |
| 55 | DuChangXianYanBinBaiHuo Dian- | Amazon | A2ELG40GBP4LZ1 |
| 56 | Dungen Firm | Amazon | A11UDN5LNXP1I6 |
| 57 | duoshiael | Amazon | A2P0CNWQA1CDY1 |
| 58 | DY-LLIAN | Amazon | AZMNAAADYOTN3 |
| 59 | Echo Epoxy | Amazon | ANB7VVF0OL838 |
| 60 | elephant | Amazon | A2SLGLKM50YF3T |
| 61 | Ericabc | Amazon | A351T6NRWD6STQ |
| 62 | FAIZ·AKA·555 | Amazon | AS2CZZROPHK34 |
| 63 | fangbaodedian | Amazon | A820I866MMY5L |
| 64 | fanmengdianzishangwuLTD | Amazon | A2E9K02V3EO09T |
| 65 | fei007 | Amazon | A31I9JOAI60AM2 |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 66 | Fen Home Decor-1Art4 | Amazon | A23MUYZZ4ERGF1 |
| 67 | fengfansw | Amazon | A2GHUDRQJK5Z3K |
| 68 | fenglanlan714 | Amazon | A3KNRM37IOHSKR |
| 69 | Fenglin US | Amazon | A1T47AWN3TI1LR |
| 70 | ffhuii | Amazon | ABVLWK2TA09HU |
| 71 | FOFSER Direct | Amazon | A3HAXND0OL8AJ |
| 72 | Free | Amazon | A31XWK5PA672M1 |
| 73 | fucongshangmao | Amazon | A3BQPR5XWTDKO6 |
| 74 | fushanshishundequyexuanshangmaoyouxiangongsi | Amazon | ANY1PZG1WPO88 |
| 75 | FuYangShiLiHongYiShangMaoYouXianGongSi | Amazon | A17YD9WKR34YR0 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 77 | fygfygfy | Amazon | A3WPM1FO1PAYJ |
| 78 | ganmengle | Amazon | A3QL00ZH5M4KOD |
| 79 | GEBEIWANGLUO | Amazon | AD7TCBUJ4O59C |
| 80 | GEMENT | Amazon | AAUXGOZ2KRGO |
| 81 | GONGMIN | Amazon | A2IJZPDAIZV04K |
| 82 | goodbuyyy | Amazon | A10UF4YIE6Y5DJ |
| 83 | GuangZhouJingXianShangMao | Amazon | A1W5CS04SOSHCI |
| 84 | Guangzhoulujiahongdianzishangwuyouxiangongsi | Amazon | A3I4SO33DB6OWE |
| * | DISMISSED | DISMISSED | DISMISSED |
| 86 | guodsafLLLLLL | Amazon | A1SLBVAPLU03C5 |
| 87 | GuTiLoCH (Delivery 7 - 10 Days) | Amazon | A2GUR3TAK2C0LI |
| 88 | GX ShopSensation | Amazon | AO76FAM1KILMI |
| 89 | GZRJOU-JP01 | Amazon | A3QA8DQYZSWKLC |
| 90 | GZYJSM | Amazon | A2FP01CIKVRN80 |
| 91 | haerbinshijiangsuibaihuomaoyi | Amazon | A1ULS6VV0HK5LW |
| 92 | HAI PHONG STORES | Amazon | A3GRDFPQ8SS34R |
| 93 | hanwenkangshop | Amazon | A28LFBFH291BFT |
| * | DISMISSED | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED | DISMISSED |
| 96 | has living | Amazon | A1K4NU1SGBQDJ6 |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 97 | Health Products US Shop | Amazon | A2R9N2Y5Y9YES |
| 98 | HeehongP | Amazon | AUCM3JT99KMYA |
| 99 | hefeiwanghaowangluokejiyou xiangongsi | Amazon | A2ZSUCZ3S5COOD |
| 100 | henanshengxutaijidianshebeiy ouxiangongsi | Amazon | AH2QAUK8D7TCI |
| 101 | heyuezhong1122 | Amazon | A39AQO86DL3MAR |
| 102 | hfuhgfdycdsccc | Amazon | A2CLEG3BMEZ4T6 |
| 103 | HG-SHENLONGCHUHAI | Amazon | A15PTANT1M4II1 |
| 104 | hheying | Amazon | A3U0NCSUJ73OYL |
| 105 | hhuangheng | Amazon | AC8910996IJ5Q |
| 106 | HongAnKuaJing | Amazon | A25PAMUQ333UIT |
| 107 | HSD888 | Amazon | A2Q84EO17KB1J0 |
| 108 | HTJNHKI | Amazon | A74CN1QYY6G9G |
| * | DISMISSED | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED | DISMISSED |
| 111 | HUHUBAIHUO | Amazon | A1217HNIPZ7AK1 |
| 112 | Huiyangdianzi | Amazon | A3L9Y4L5TKDMM2 |
| 113 | HUNTER AI | Amazon | A1ZZ4CNPRDHGR4 |
| 114 | Huofafashangmao | Amazon | AOY7XD1C5DKCD |
| 115 | HUOPING | Amazon | AVHPNWWNYO9HJ |
| 116 | IS LUONGMA | Amazon | A1H8PE4IMGEVJW |
| 117 | jiahaoshipinpeijian | Amazon | AV0UOWEY97831 |
| 118 | Jiahui Tongchuang | Amazon | A1R8FK37IG2FFS |
| 119 | jiangaidd | Amazon | A27ICJN5N3GLFL |
| 120 | jie6936869 | Amazon | A207P995BMTXWF |
| 121 | jieefengz | Amazon | A3QOC9D1ENBGD5 |
| 122 | jinankaikalongshangmaoyoux iangongsi | Amazon | AB8NQXJBM4S1V |
| 123 | jinkuangshangmaoyouxiango ngsi | Amazon | A15B61BODMZNPW |
| * | DISMISSED | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED | DISMISSED |
| 126 | juanlinghuazhuangpin | Amazon | A2S9HKUKIAO3P3 |
| 127 | Junheguanli | Amazon | A3E29X74LY34IB |
| * | DISMISSED | DISMISSED | DISMISSED |
| 129 | Juntui Business | Amazon | A154KPDUDI7NRZ |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 130 | JunyeStore | Amazon | A1FZJ6G71DZMCL |
| 131 | JY Mojia Global Trading Company | Amazon | A2N3D8DQCOH5CP |
| 132 | JYFUYUGZS | Amazon | A1E07T2I6R7BP |
| 133 | JYHANYUE | Amazon | A2ZUQZ0V5DNUA9 |
| 134 | Kaizhi Super | Amazon | A5BPFIO7LUII0 |
| 135 | KeyRick | Amazon | A6OSJVNON6WJT |
| 136 | Kunming Deng Shen E-Commerce Co., Ltd. | Amazon | A3VITZ5RRNGHOQ |
| 137 | kunmingnaofangfuzhuangdian | Amazon | A1A9BN9F2T9WDQ |
| 138 | Kunsecsh-US | Amazon | A2TTLB5RHX6I4E |
| 139 | LBAOBAO | Amazon | A2Z3M4JL2BXAXZ |
| 140 | Leheart | Amazon | A3RPHTLURNW5CM |
| * | DISMISSED | DISMISSED | DISMISSED |
| 142 | Li Mibao | Amazon | A289SYA5GJQSFS |
| 143 | Lianying Department Store | Amazon | A189H4DKVYR3UJ |
| 144 | Liaoyuanshihuainingtushudiangerenduzi | Amazon | A1Z236I3N1J9BE |
| 145 | Liguihanhan | Amazon | A1QVQ9AIIYQM23 |
| 146 | LiLongMaoYi | Amazon | A2WAGLT838EAPZ |
| 147 | liminggui111 | Amazon | A29DUINX2ZYNG9 |
| 148 | lincanglingjiangxiamaoyi | Amazon | A2NWDACX5VM0QI |
| 149 | Linfenshiyaoduqufuyuandabangongjiajuyouxiangongsi | Amazon | A34VRNEN3KH6YL |
| 150 | LIUXUANLONG | Amazon | A11S9NAYYZYN1F |
| 151 | Living | Amazon | A22HRO9OKW3UY0 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 153 | LOU-US | Amazon | A16IG9BZ0PB78Z |
| 154 | LUFENGNONGYE | Amazon | AMQSUNWSPCOXO |
| 155 | Luliang Sanchuan Trading Co., Ltd. | Amazon | A1Y8J5JYRYTYJB |
| 156 | Lulin Shop | Amazon | A3QWUIOPD290XO |
| 157 | lumen | Amazon | A1JX0AIFK0WJN3 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 159 | M.D.H.K.H. | Amazon | A2ZAJC2VO15L95 |
| * | DISMISSED | DISMISSED | DISMISSED |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 161 | ManQianFuZhuang | Amazon | AJ22B0YJBG0Y3 |
| 162 | maomingshigaozhouguanmin dianzishangwuyouxiangongsi | Amazon | AJW8LRVGEHRJ9 |
| 163 | meishuosheng | Amazon | ADMBD0IU0W5P1 |
| 164 | MH Come on | Amazon | A3Q2ZX88EXJWAD |
| 165 | MT RESIN | Amazon | A1N53ZWGAQ6AL0 |
| 166 | mysteriousrealm | Amazon | AEQOC5NXUJREW |
| 167 | nameisi-US | Amazon | A18XYZHWUHCAO6 |
| 168 | Nantongbaoxubshifangzhipin | Amazon | A3IHINDUI50QNL |
| 169 | Nantongjiafengtongfangzhipi n | Amazon | AKXDWNCDGMFBR |
| 170 | NanTongYuanShengBaiFang ZhiPin | Amazon | AW6C2TIOOHXD8 |
| 171 | nanyanggaoxinquaixiangshan gmaoyouxiangongsi | Amazon | A3CTRQGN9D7JQN |
| * | DISMISSED | DISMISSED | DISMISSED |
| 173 | NB66 | Amazon | A1KM0CCLXXYQA5 |
| 174 | NGUYEN NHUNG SHOP 09340 | Amazon | A1K6SMUQWVAJSP |
| 175 | nianruishang | Amazon | A302P8ZHXYVLB6 |
| 176 | NJOLOKANJ | Amazon | A1KFW2Y05QEOOJ |
| 177 | Ocean's Pick | Amazon | A1ZITYZURASTAE |
| 178 | Onconsumer Shop-US | Amazon | A2ODTRVW3BUJ66 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 180 | Ouranjian | Amazon | ADKL25LBGA5TJ |
| * | DISMISSED | DISMISSED | DISMISSED |
| 182 | OxyWood | Amazon | AGMCB2OXSTI1E |
| 183 | penggeqiang | Amazon | A1056BOW485W3V |
| 184 | PENGWANGXINYMXC3 | Amazon | A17IAL1Z4KS86P |
| 185 | Pirate A-Gump | Amazon | A13RSZLLEJRCNT |
| 186 | POHGNSUX | Amazon | A2SXIE0P7BUTMY |
| 187 | PrimePicks001 | Amazon | A1B35YCFABB83K |
| 188 | PZJDFDC | Amazon | A163UIHVE0XSLF |
| 189 | qi yun shang mao | Amazon | A3LBMZTXC3QLBE |
| 190 | QianWeiWei | Amazon | A16G6Q2OU3BWP3 |
| 191 | qingdaoouyafengshiyeyouxia ngongsi | Amazon | A1VCB3CLAM6CD8 |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 192 | Qinghualingrui | Amazon | A1FTBXDRICV1P6 |
| 193 | qiteng07 | Amazon | A2XXKQUMM8FV8I |
| 194 | QSLAND | Amazon | A2AO8QZ7TD3ZU0 |
| 195 | quanxukejiyouxiangongsi | Amazon | A2MC8LG9VCR096 |
| 196 | QuBoRuiZhiFanShangMao | Amazon | A3UU6UZIR6UOV7 |
| 197 | ResinViet | Amazon | A3N2YE2N9X8RY4 |
| 198 | Rhythm Box | Amazon | A2YAT2RGFYONPH |
| 199 | rongkangdexiaodian | Amazon | A316DTYMMTCP38 |
| 200 | RRDM-JP | Amazon | A187YLDQR5S0LG |
| * | DISMISSED | DISMISSED | DISMISSED |
| 202 | RUOHANSHANGMAO | Amazon | A3JIPE3U5OI1K3 |
| 203 | Shaanxi Shiheng Jiayu Department Store Co., Ltd. | Amazon | A1L0WWTGESI4H |
| 204 | ShangCaiXianAiChengZhuShangMaoYouXianGongSi | Amazon | AY2D0FM5X6XLN |
| 205 | shanghai shuzengkejiyouxiangongsi | Amazon | A3IKQL3E4DPAT4 |
| 206 | ShanXiQingJingWeiXingJinYouWangLuoKeJiYouXianGongSi | Amazon | A1ITSCH2GEJAQZ |
| 207 | shanxisanheshandianzhuangshiyouxiangongsi | Amazon | A1WV41DXWYEHS9 |
| 208 | shenlanzhongzhijiatingnongchang | Amazon | A3J1BV6GKDVZV5 |
| 209 | shijiashangmao-US | Amazon | A262PMFLTMQ17A |
| 210 | shijiazhuangshigaochengqufeiyoumiaomuchang | Amazon | A1K1Q292EOSRW |
| 211 | SHRFEDUS | Amazon | A2SJ6DS2CTKMQ6 |
| 212 | Shun ni da mao yi | Amazon | A14PQ4J2AABJXT |
| * | DISMISSED | DISMISSED | DISMISSED |
| 214 | sister xia | Amazon | ADW1WKZH7IZ0G |
| 215 | skronedin | Amazon | ASC8YQVWTMSIT |
| 216 | SuizhouCHEN | Amazon | A1HFPIHGNYXICA |
| * | DISMISSED | DISMISSED | DISMISSED |
| 218 | sunguosheng1122 | Amazon | A30RNYE1UG0E9L |
| 219 | Suzhoulangtongshangwufuwuyouxiangongsis | Amazon | A1WCR0083SYJKU |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 220 | tangdoudexiaopu | Amazon | AB4IJYN08N5U |
| 221 | Td department Store | Amazon | AG1KFRQZMSRWU |
| * | DISMISSED | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED | DISMISSED |
| 224 | The Night DV | Amazon | AC3EMSIKMVPUT |
| 225 | TINH LUONG SHOP | Amazon | A94829TZF2BSJ |
| 226 | TRANDOANQUANGHUY | Amazon | AG5562VV51EDD |
| 227 | tusuohenggdy | Amazon | A379LK796E6115 |
| * | DISMISSED | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED | DISMISSED |
| 230 | US-Skin V++ | Amazon | A1ZWO67U3WHEKD |
| 231 | VN LampRS | Amazon | A1GE7C4GGLKC5E |
| 232 | VN RESINART | Amazon | A2JH9ETPZ35H51 |
| 233 | Vsrtpevy | Amazon | AFDO8T922ZB8R |
| 234 | Wang-Hua | Amazon | A6WQ1PQSNU6E5 |
| 235 | wangyanfeishangpu | Amazon | AOLJLXDPZV2LF |
| * | DISMISSED | DISMISSED | DISMISSED |
| 237 | Weath US | Amazon | A1J4MA5CD7V5VN |
| 238 | weiJiang88 | Amazon | A1QFJ3HFKC7Q |
| 239 | weiwendianzishangwushanghang | Amazon | A3VSDN29TBK3N0 |
| 240 | wenshanshimanhongshangmaoyouxiangongsi | Amazon | A1V85SBMQ0B821 |
| 241 | WENshenJIE | Amazon | A1BO3ROALUGXLN |
| 242 | WHYLYH | Amazon | A3K7MSMYJ30HR9 |
| 243 | WJJDFDC | Amazon | A2HB8JUTU4G3SF |
| 244 | WJL-shop | Amazon | ARF54KIPIVVR6 |
| 245 | wllxms | Amazon | A3CBQX93OCVHM7 |
| 246 | WOHYLYH | Amazon | A25D50QJRW3SYV |
| 247 | wubo1122 | Amazon | A2BAXLGCOT8DT2 |
| 248 | wufei531 | Amazon | A2XDLWOLV1XSPG |
| 249 | WuNan store | Amazon | A1YL0FPAB37TS1 |
| 250 | WZHOUKY | Amazon | A2DOXIS8XKUG44 |
| 251 | XIA Shanghai | Amazon | A14PW3J0LLN315 |
| 252 | XianHengPengJian | Amazon | A2I1ALM7H61K19 |
| 253 | XIN MO mO | Amazon | A3OUQ67OAWOXWP |
| 254 | Xincaida US | Amazon | ALN3WKXCP2BXS |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 255 | XINnhag | Amazon | A1A6DOHYKTIHPV |
| 256 | XinXiangZhongChuiJianZhu GongChengYouXianGongSi | Amazon | A2NBZZXD2EFFR5 |
| 257 | xinyexianyihanshangmaoyou xiangongsi | Amazon | AJFUH4YRP864N |
| 258 | xinzhishangwu | Amazon | A13W7XDWCOQ1CH |
| 259 | xizhanshang | Amazon | A2HRC8GNHHTD40 |
| 260 | Xuan Bai Xin | Amazon | A4DQDNFL7L72N |
| 261 | XueKeKe | Amazon | A1EZY565MEPKPT |
| * | DISMISSED | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED | DISMISSED |
| 264 | YaJiYuKeJiYou | Amazon | A3Q6I6DCW9HALY |
| 265 | YaMo Store | Amazon | A3CXSXYR2WUF47 |
| 266 | Yan Jiao store | Amazon | A2X2YQML7DA496 |
| 267 | Yang-Jian Wei | Amazon | A3VGORP6FBEWDZ |
| 268 | YAOWEIAAA | Amazon | A2WCB3CPWP2R9P |
| * | DISMISSED | DISMISSED | DISMISSED |
| 270 | yichangshidianjunqulianjiawe nhuachuanmeiyouxianzereng ongsi | Amazon | A23YUGXGQGSFGQ |
| 271 | YIFANSHANGMAOYOUXI ANGONGSI | Amazon | A1UK4PJNMYZDNH |
| 272 | Yihang Department Store | Amazon | A2QO07R1XSMJDB |
| 273 | Yijia | Amazon | A3NI1UZNNUE5ID |
| 274 | YinMingHui ShuiHao | Amazon | A2B9LBW06TPW3C |
| 275 | YinShang Trade | Amazon | A1FD194BVEDG1X |
| 276 | Yitian | Amazon | A3W0CNA1M1Q91J |
| 277 | Yooli Shop | Amazon | A2XN4GBV3HPDOE |
| 278 | youjinshangmao | Amazon | A2Z1LSWO4FWQO1 |
| 279 | YUANSIZHIYUANNEI | Amazon | A15KOF5BO98MUI |
| 280 | YUGUNAGLINAA | Amazon | A2LRHLKTC3YI40 |
| 281 | yunchenghanmeihuazhuangpi nyouxiangongsi | Amazon | A16ULGS1RXA6X6 |
| 282 | yupingsl | Amazon | A3PQANAZXRE7I7 |
| 283 | YWJhaiwen | Amazon | A228XG31VJPGH9 |
| 284 | yymiao | Amazon | A36ROW85QU85XK |
| 285 | ZANGBB^%rTB20.3+69+9 | Amazon | A1C8ZGTXLBQOJN |

| Doe No | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 286 | Zhang-Hui | Amazon | A1ZRR880TSJOXM |
| 287 | zhangchaoyanshop | Amazon | A2WP4MLZBLRINT |
| 288 | zhanghui19850723 | Amazon | AURXJX8AV1JJ1 |
| 289 | ZHANGMENGAA | Amazon | A1EBX0QJBSBQZ8 |
| 290 | ZHANGXIAOKUI | Amazon | A7E9NKP9YMYF8 |
| 291 | zhanshulian | Amazon | A2WMOE8A8PGUJF |
| 292 | zhaoxinzheshop | Amazon | A2KL5TPCLLIUEH |
| 293 | Zhengai Store | Amazon | A1X0R6705CYC21 |
| 294 | Zhengzhou Pengmo E-commerce Co., Ltd. | Amazon | A32RDOVBG92YP8 |
| 295 | ZhengZhouXinXinFuShi | Amazon | A24EZHXW7I8U01 |
| 296 | Zhentongren | Amazon | A1IQRUEBAJZYEH |
| * | DISMISSED | DISMISSED | DISMISSED |
| 298 | ZhouKouChenRuiShangMao YouXianGongSi | Amazon | A2LB1V8WWFFWZX |
| 299 | Zpf shop-us | Amazon | A2FH4ZB7VAAF01 |
| 300 | ZQXYYYXF | Amazon | A1DLN46FMU7WUN |