# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

TOHO CO., LTD.,

      Plaintiff,

v.

ABOY STORE, et al.,

      Defendants.

Civil Action No. 25-cv-6280-JPB

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 30, 2026 [32], in favor of Plaintiff Toho Co., Ltd. and against Defendants identified in Schedule A, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| Chenweiji | 31 |
| ChiXuanQiCheZuLin | 34 |
| CHUKIWIS Wall Art | 37 |
| Demon Slayer | 47 |
| Dressbar | 52 |
| duoshiael | 57 |
| Fen Home Decor-1Art4 | 66 |
| fushanshishundequyexuanshangmaoyouxiangongsi | 74 |
| juanlinghuazhuangpin | 126 |

1

| | |
|---|---|
| lincanglingjiangxiamaoyi | 148 |
| Linfenshiyaoduqufuyuandabangongjiajuyouxiangongsi | 149 |
| ManQianFuZhuang | 161 |
| Nantongbaoxubshifangzhipin | 168 |
| shanghai shuzengkejiyouxiangongsi | 205 |
| wenshanshimanhongshangmaoyouxiangongsi | 240 |
| WuNan store | 249 |
| yichangshidianjunqulianjiawenhuachuanmeiyouxianzerengongsi | 270 |
| Yooli Shop | 277 |
| LiCheng's Choice | 202 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: April 2, 2026

Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*

2